UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

D'undre Jarrett                            Case No.   03-71379-mbm

                                                         Chapter     13

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of <u>Two Thousand Eight Hundred Ninety and 00/100</u> dollars ($2,890.00), of unclaimed funds held in the U.S. Treasury to:

                               Andretta Dozier
                               c/o Keys Research
                               23630 SE 440th Street
                               Enumclaw, WA 98022

Signed on December 08, 2010

                                           /s/ Marci B. McIvor
                                           Marci B. McIvor
                                           United States Bankruptcy Judge